**LAW OFFICES OF**
# KOFFSKY & FELSEN, LLC
**1150 BEDFORD STREET
STAMFORD, CONNECTICUT 06905
(203) 327-1500
FACSIMILE (203) 327-7660**

*Application granted. The Clerk of Court is respectfully directed to terminate Mr. Koffsky as counsel for Defendant Jones.*

*SO ORDERED.*

*/s/ Cathy Seibel*
*CATHY SEIBEL, U.S.D.J.*

*3/7/22*

March 7, 2022

**Via ECF**

The Honorable Cathy Seibel
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York  10601

    **Re:**    **United States v. Stan Jones**
              7:21-cr-463 (CS)

Dear Judge Seibel:

    On or about June 22, 2021, the defendant Stan Jones was arrested and presented before the Court on the above-entitled matter. On the date of the defendant's presentment, undersigned counsel was appointed pursuant to the Criminal Justice Act to represent the defendant before the Court. On or about February 28. 2022, Attorney Richard Ware Levitt notified the undersigned that he had filed with the Court a Notice of Appearance as retained counsel for defendant Jones.

    As a result of the appearance of retained counsel on behalf of the defendant, the undersigned respectfully moves to withdraw his appearance.

                                        Respectfully submitted

                                        __/s/ *Bruce D. Koffsky*__
                                        Bruce D. Koffsky

BDK/me
cc:    All Counsel of Record via ECF.